1
2
3
4
5
6
7
8
9

**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

10
11
12

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24

| | |
|---|---|
| WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MURPHY MANN, individually; WILLIAM MANN JR, individually, <br><br>                    Plaintiffs, <br><br>     v. <br><br> CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento, <br><br>                    Defendants. | CASE NO.:  2:16-cv-01847-WBS-DB <br><br> **SUCCESSOR-IN-INTEREST DECLARATION OF WILLIAM MANN SR.** <br><br> **(Cal. Civ. Proc. Code §377.32)** |

25
26
27
28

Plaintiff WILLIAM MANN SR. declare under penalty of perjury as followed:

     1.   I, WILLIAM MANN SR., am the biological father of the Decedent, JOSEPH MANN.

2.    I am filing this declaration pursuant to California Code of Civil Procedure §377.32 to commence this federal wrongful death action as the Decedent's successor in interest.

3.    The decedent died on July 11, 2016, in Sacramento, California.

4.    No proceeding is currently pending in California for administration of the Decedent's estate.

5.    JOSEPH MANN's biological mother, Lucille Rutledge, died on October 29, 2011.

6.    I am successor in interest to the Decedent pursuant to California Code of Civil Procedure §377.11, as his only surviving parent, my son dying intestate.

7.    No other person has a superior right to commence the action or proceeding or to be substituted for the Decedent in the pending action or proceeding.

8.    I further declare that JOSEPH MANN died with no biological children and was never married.

9.    I declare under penalty of perjury pursuant to the laws of California and the United States that the foregoing is true and correct.

Dated:  August 15, 2016

WILLIAM MANN SR.