**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN, by and through his Power of Attorney ROBERT MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MANN, individually; WILLIAM MANN JR, individually,

          Plaintiffs,

  v.

CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,

          Defendants.
/

**Case No.: 2:16-cv-01847**

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT**

**JUDGE:**
**HONORABLE WILLIAM B SHUBB**

    IT IS HEREBY STIPULATED (and respectfully requested) by and between Plaintiff and all Defendants by and through their designated counsel, that:

Plaintiffs shall file a Second Amended Complaint (attached hereto as Exhibit A) with the Court within 5 days of the Court order approving this stipulation. Defendants' responsive pleading to Plaintiffs' Second Amended Complaint shall be filed within 21 days of the filing of the Second Amended Complaint.

The good cause for granting Plaintiffs leave to file their Second Amended Complaint being that at the time of filing the operative First Amended Complaint, Plaintiffs' state causes of action were not ripe for litigation. In addition, parties have agreed to remove Plaintiffs without standing and substitute representatives of the Estate of Joseph Mann. Additionally, Plaintiffs added facts unknown at the time of the prior filing. Therefore, Plaintiffs seeks leave to amend their complaint accordingly. Furthermore, granting leave shall not cause the Defendants prejudice as they have agreed to such changes and Defendants are not prejudiced from raising any applicable defenses.

Therefore, all parties stipulate and respectfully request the court grant Plaintiffs leave to file their Second Amended Complaint.

IT IS SO AGREED.

Date: 09/30/2016                                              LAW OFFICES OF JOHN L. BURRIS

                                                                              */s/ Melissa C. Nold*
                                                                              Melissa C. Nold
                                                                              Attorneys for Plaintiffs

Date: 09/30/2016

                                                                              /s/Bruce Praet
                                                                              Bruce Praet
                                                                              Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN, by and through his Power of Attorney ROBERT MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MANN, individually; WILLIAM MANN JR, individually,<br>　　　　　　Plaintiffs,<br>　v.<br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,<br>　　　　　　Defendants.<br>. | Case: **2:16-cv-01847**<br><br>[PROPOSED] ORDER<br><br>Honorable Judge William H. Shubb |

## **[PROPOSED] ORDER**

Good cause having been shown, the COURT allows Plaintiffs to file a Second Amended Complaint within 5 days of the date of this Order. Defendants shall file their responsive pleading Within 21 days of the filing of the Second Amended Complaint.

IT IS SO ORDERED.

_____     _____
　　DATED　　　　　　HONORABLE WILLIAM H. SHUBB

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT