UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN, by and through his Power of Attorney ROBERT MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MANN, individually; WILLIAM MANN JR, individually,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,<br><br>            Defendants.<br>. | Case: **2:16-cv-01847**<br><br>ORDER<br><br><br>Honorable Judge William H. Shubb |

## **ORDER**

Good cause having been shown, the COURT allows Plaintiffs to file a Second Amended Complaint within 5 days of the date of this Order. Defendants shall file their responsive pleading Within 21 days of the filing of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:  September 30, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE