**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN, by and through his Power of Attorney ROBERT MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MANN, individually; WILLIAM MANN JR, individually,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,<br><br>　　　　　　　Defendants.<br>/ | **Case No.: 2:16-cv-01847**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT**<br><br>**JUDGE:**<br>**HONORABLE WILLIAM B SHUBB** |

　　　IT IS HEREBY STIPULATED (and respectfully requested) by and between Plaintiff and all Defendants by and through their designated counsel, that:

Plaintiff shall file a Third Amended Complaint (attached hereto as Exhibit A) with the Court within 10 days of the Court order approving this stipulation.  Defendants' responsive pleading to Plaintiff's Third Amended Complaint shall be filed within 21 days of the filing of the Third Amended Complaint.

The good cause for granting Plaintiff leave to file his Third Amended Complaint being that the family members of Decedent Joseph Mann have withdrawn their petition to open probate. As a result of their decision to withdraw their probate petition, there will be no Estate of Joseph Mann to participate in this matter. Therefore, Plaintiff seeks leave to amend his complaint remove the Estate of Joseph Mann as a party to this action.  Furthermore, granting leave shall not cause the Defendants prejudice as they have agreed to such changes and Defendants are not prejudiced from raising any applicable defenses.

Therefore, all parties stipulate and respectfully request the court grant Plaintiff leave to file their Second Amended Complaint.

IT IS SO AGREED.

Date: 12/22/2016               LAW OFFICES OF JOHN L. BURRIS

                               _/s/ Melissa C. Nold_____
                               Melissa C. Nold
                               Attorneys for Plaintiffs

Date: 12/22/2016


                               ___/s/Bruce Praet_____
                               Bruce Praet
                               Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN, by and through his Power of Attorney ROBERT MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MANN, individually; WILLIAM MANN JR, individually,<br>　　　　　　Plaintiffs,<br>　　v.<br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,<br>　　　　　　Defendants. | Case: **2:16-cv-01847**<br><br>[PROPOSED] ORDER<br><br><br>Honorable Judge William H. Shubb |

## **[PROPOSED] ORDER**

Good cause having been shown, the COURT allows Plaintiff to file a Third Amended Complaint within 10 days of the date of this Order. Defendants shall file their responsive pleading Within 21 days of the filing of the Third Amended Complaint.

IT IS SO ORDERED.

_____    _____

　　DATED　　　　　HONORABLE WILLIAM H. SHUBB