UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN SR., Successor-in-Interest to Decedent JOSEPH MANN, by and through his Power of Attorney ROBERT MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MANN, individually; WILLIAM MANN JR, individually,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,<br><br>　　　　　　Defendants. | Case: **2:16-cv-01847**<br><br>ORDER |

Good cause having been shown, the COURT allows Plaintiff to file a Third Amended Complaint within 10 days of the date of this Order. Defendants shall file their responsive pleading Within 21 days of the filing of the Third Amended Complaint.

IT IS SO ORDERED.

Dated:  December 27, 2016

　　　　　　　　　　　　　　　　_William B. Shubb_____
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE