UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN SR., an individual; and ROBERT MANN, DEBORAH MANN, and VERNADINE MURPHY MANN, as Co-Administrators to the Estate of JOSEPH MANN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Sacramento,<br><br>Defendants. | CASE NO.: 2:16-cv-01847-WBS -DB<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

It is hereby ORDERED that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the entire civil action entitled <u>Mann v. City of Sacramento, et al.</u> Case Number 2:16-cv-01847 – WBS - DB is dismissed with prejudice, each party to bear their own costs and fees.

Dated: February 17, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE